Irvin B. Nathan, General Counsel
Kerry W. Kircher, Deputy General Counsel
John D. Filamor, Assistant Counsel
Katherine E. McCarron, Assistant Counsel
Ariel B. Waldman, Assistant Counsel
Office of the General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515-6601
Telephone: (202) 225-9700
Facsimile: (202) 226-1360
irv.nathan@mail.house.gov
kerry.kircher@mail.house.gov

Counsel for the Bipartisan Legal Advisory
Group of the U.S. House of Representatives

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:08-cr-00212-TUC-DCB (BPV) |
| vs. | |
| RICHARD G. RENZI, JAMES W. SANDLIN, ANDREW BEARDALL, DWAYNE LEQUIRE, Defendants. | **NOTICE OF APPEARANCE** |

Please take notice that, Ariel B. Waldman, Assistant Counsel, U.S. House of Representatives, Office of the General Counsel, is appearing as counsel for the Bipartisan Legal Advisory Group ("BLAG") as *amicus curiae* and gives notice all that all pleadings, filings, notices, and correspondence in the case should be copied to him at:

Ariel B. Waldman
U.S. House of Representatives
Office of the General Counsel
219 Cannon House Office Building
Washington D.C. 20515
ariel.waldman@mail.house.gov

In addition, along with Mr. Waldman, the below-listed attorneys in the U.S. House of Representatives, Office of the General Counsel, will continue to represent the BLAG in this matter.

                              Respectfully submitted,

                              s/Irvin Nathan
                              Irvin B. Nathan, General Counsel
                              Kerry W. Kircher, Deputy General Counsel
                              John D. Filamor, Assistant Counsel,
                              Katherine E. McCarron, Assistant Counsel
                              Ariel B. Waldman, Assistant Counsel

                              Office of the General Counsel
                              U.S. House of Representatives
                              219 Cannon House Office Building
                              Washington, D.C. 20515-6601
                              (202) 225-9700

                              Counsel for the Bipartisan Legal Advisory Group of
                              the U.S. House of Representatives

                              July 28, 2009

## CERTIFICATE OF SERVICE

I certify that on this 28th day of July, 2009, a true and correct copy of the forgoing NOTICE OF SUBSTITUTION OF ATTORNEY was electronically filed with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

s/Ariel B. Waldman
Ariel B. Waldman

3